No. _____ **CR-08 00370 JF**   **PVT**

# UNITED STATES DISTRICT COURT

E-FILING

## NORTHERN DISTRICT OF CALIFORNIA

2008 JUN -4 P 1: 22

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA, S.J.

### SAN JOSE DIVISION

---

## THE UNITED STATES OF AMERICA

*vs.*

## JUAN MANUEL FRANCO

---

## INDICTMENT

**COUNT ONE**: 8 U.S.C. Section 1326 - Illegal Re-Entry Following Deportation

---

*A true bill.*

_____
Foreperson

*Filed in open court this* __4__ *day of* June

*A.D. 2008*

_____
UNITED STATES MAGISTRATE JUDGE

*Bail. $* __Bench warrant - No Bail__

RJ

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
CRIMINAL DIVISION

VENUE: SAN JOSE

**FILED**
2008 JUN -4  P 1:24

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

DEFENDANT.

## INDICTMENT

**CR-08  00370  JF**

**PVT**

E-FILING

---

A true bill.

_____
Foreman

Filed in open court this __4__ day of __June__
__2008__

_____
Clerk

Bail, $ _____

```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
```

**E-FILING**

FILED
2008 JUN -4  P 1: 22
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JUAN MANUEL FRANCO,<br><br>    Defendant. | No. CR-08 00370 JF PVT<br><br>VIOLATION: 8 U.S.C. § 1326 –<br>Illegal Re-Entry Following Deportation<br><br>SAN JOSE VENUE |

### INDICTMENT

The Grand Jury charges:

On or about November 7, 2007, the defendant

JUAN MANUEL FRANCO,

an alien, previously having been arrested and deported from the United States on or about April 12, 2005 and August 3, 2005 was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly

//
//
//

INDICTMENT

1 | consented to a re-application by the defendant for admission into the United States, in violation of
2 | Title 8, United States Code, Section 1326.

5 | DATED:                                    A TRUE BILL.

                                             _____
                                             FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: _____)
                      AUSA JEFFREY B. SCHENK

INDICTMENT

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

## OFFENSE CHARGED

COUNT ONE: 8 U.S.C. § 1326 - Illegal Re-Entry Following Deportation

☐ Petty   ☐ Minor   ☐ Misdemeanor   ☑ Felony

*E-FILING*

**PENALTY:**
- 20 years imprisonment
- $250,000 fine
- 3 years supervised release
- $100 special assessment

**FILED** 2008 JUN -4 P 1:22   RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NO. DIST. OF CA. S.J.

**DEFENDANT - U.S.:** JUAN MANUEL FRANCO

**DISTRICT COURT NUMBER:** CR-08 00370 JF   PVT

## PROCEEDING

**Name of Complainant Agency, or Person (&Title, if any):** S/A TIMOTHY F. PURDY - ICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.:**

**MAGISTRATE CASE NO.:** 08-70011 HRL

**Name and Office of Person Furnishing Information on THIS FORM:** JOSEPH P. RUSSONIELLO   ☑ U.S. Att'y   ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned):** JEFFREY B. SCHENK

## DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District) — Northern District of California

**IS IN CUSTODY**

4) ☐ On this charge
5) ☑ On another conviction
6) ☐ Awaiting trial on other charges    ☐ Fed'l   ☑ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed? ☐ Yes ☐ No   If "Yes" give date filed (Month/Day/Year): _____

**DATE OF ARREST** ▶ _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ _____

☐ This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:** ☐ SUMMONS   ☐ NO PROCESS*   ☑ WARRANT   Bail Amount: _____

If Summons, complete following: ☐ Arraignment ☐ Initial Appearance   Defendant Address: _____

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments: